NGUYEN & LAY
MATTHEW LAY, ESQ.
Nevada Bar No. 12249
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 383-3200
Facsimile: (702) 675-8174
Email: dml@lasvegasdefender.com
Attorney for Defendant COOPER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BLAINE COOPER, ) <br> ) <br> Defendant. ) | 2:16-CR-00046-GMN-PAL <br> (First Request) |

Certification: This Stipulation and Order is being timely filed.

**STIPULATION TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED by and between DANIEL G. BOGDEN, ESQ., United States Attorney, and STEVEN W. MYHRE, ESQ., Assistant United States Attorney, counsel for the United States of America, and MATTHEW LAY, of Nguyen & Lay, counsel for Defendant BLAINE COOPER, that the sentencing hearing, currently scheduled for December 15, 2016, at 10:00 a.m. be vacated and continued for ninety (90) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That undersigned counsel for Mr. Cooper received a Presentence Investigation Report ("PSR") in this matter on November 09, 2016. The PSR references significant aspects of Mr. Cooper's medical history that were previously unknown to the undersigned. The

1

undersigned requires additional time to obtain relevant medical records, and review them with Mr. Cooper for the purpose of sentencing;

2. That, this is the first request for a continuance of the sentencing hearing in this case; and,

3. That, Mr. Cooper is aware of the request for a continuance and has no objection.

RESPECTFULLY SUBMITTED this 02nd day of December, 2016.

| Nguyen & Lay | United States of America |
|---|---|
| By: */s/ Matthew Lay*<br>MATTHEW LAY, ESQ.<br>Attorney for Defendant | By: */s/ Steven W. Myhre*<br>STEVEN W. MYHRE, AUSA<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br> vs. )<br>  )<br> BLAINE COOPER, )<br>  )<br>             Defendant. )<br>_____ ) | 2:16-CR-00046-GMN-PAL<br>(First Request) |

### ORDER CONTINUING SENTENCING HEARING

Based upon the pending Stipulation of the parties, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the Sentencing Hearing in this matter currently scheduled for December 15, 2016, at 10:00 a.m. be vacated and continued to March 16, 2017 at 9:30 a.m./~~p.m.~~ in the above-noted Federal Courthouse.

DATED this  5  day of December, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

*/s/ Matthew Lay*
MATTHEW LAY, ESQ.
Nevada Bar No.: 012249
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant COOPER