DAYLE ELIESON
Interim United States Attorney
Daniel Schiess
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Blaine Cooper )<br>Defendant | Case No. 2:16-CR-00046-GMN-PAL-9<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

      Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kelly A. Bowen, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

      Dated this 1st day of February, 2018.

                                                      DAYLE ELIESON
                                                      Interim United States Attorney

                                                       By    /S/                      
                                                                 Daniel Schiess
                                                                 Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Blaine Cooper	Docket No. 2:16CR00046-GMN-PAL-9

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Blaine Cooper, who was placed under pretrial release supervision by Your Honor on October 13, 2017, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the District of Arizona.
3. The defendant may travel to Clark County, Nevada and the District of Oregon for court purposes only.
4. The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary, and until travel arrangements to Arizona are finalized.
5. The defendant shall maintain residence with Todd Beck at 4441 East Hubble Street, Phoenix, Arizona 85008 and may not move without obtaining permission from the Court.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution.
8. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
10. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
11. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
12. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
13. The defendant shall undergo medical or psychiatric treatment.
14. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
15. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

As a condition of bond the defendant was ordered to maintain residence with Todd Beck at 4441 East Hubble Street Phoenix, Arizona 85008 and may not move without obtaining permission from the Court. On January 22, 2018, Pretrial Services was informed that the defendant was asked to leave the residence where he was ordered to live.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED BY ADDING THE FOLLOWING CONDITION:**

1. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this _____ day of February 2018, and ordered filed and made a part of the records in the above case. | Executed on this 1st day of February, 2018. |
| | Respectfully Submitted, |
| | *Kelly A. Bowen* (signature) |
| Honorable Gloria M. Navarro | Kelly A. Bowen |
| Chief U.S. District Judge | U.S. Pretrial Services Officer |
| | Place: Las Vegas, Nevada |