| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:16CR00046 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Blaine Cooper | Nevada | Las Vegas |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/27/2018 | TO 9/26/2020 |

OFFENSE
Count 1: Conspiracy to Commit an Offense Against the United States
Count 5: Assault on a Federal Officer

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 19, 2018
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ ARIZONA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Blaine Cooper

Case No.: 2:16CR00046

## SUPERVISION REPORT REQUESTING TRANSFER OF JURISDICTION

October 17, 2018

TO: The Honorable Gloria M. Navarro
Chief U.S. District Judge

On September 27, 2018, the offender was sentenced by Your Honor to Timed Served and two (2) years of supervised release for Count 1: Conspiracy to Commit an Offense Against the United States and Count 5: Assault on a Federal Officer. Supervised release commenced on September 27, 2018 and expires on September 26, 2020. The offender's supervision was transferred to the District of Arizona upon being sentenced.

On October 15, 2018, the District of Arizona requested that a Transfer of Jurisdiction be initiated to their area as the offender has no plans to return to the Las Vegas area. The U.S. Probation Office, Las Vegas Division concurs with this recommendation. Please see attached FM22, Request for Transfer of Jurisdiction form, for your consideration. If you have any questions or comments, the undersigned can be reached at (702) 527-7274.

Respectfully submitted,

Margarita Hernandez Powell
2018.10.17 13:41:05 -07'00'

_____
Margarita Hernandez Powell
U.S. Probation Officer

Approved:

Benjamin Johnson
2018.10.17 13:21:45 -07'00'

_____
Benjamin B. Johnson, Supervisory
U.S. Probation Officer