UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00046-GMN-NJK |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING **MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |
| vs. | ) | |
| BLAINE COOPER, | ) | |
| Defendant. | ) | |

The undersigned hereby requests to be removed from the CM/ECF Electronic Notice List.

DATED this 13th day of August, 2021.

                                        /s/ Matthew Lay_____
                                        MATTHEW LAY, ESQ.
                                        Nevada Bar No. 12249
                                        NGUYEN & LAY
                                        400 S. Fourth Street, Suite 650
                                        Las Vegas, Nevada 89101
                                        Telephone: (702) 383-3200
                                        Facsimile: (702) 675-8174
                                        E-mail: dml@lasvegasdefender.com

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  August 16, 2021